

James Lynn Hines
NAME

197067
PRISON NUMBER

Box 3400  ASPC Flo Eyma
CURRENT ADDRESS OR PLACE OF CONFINEMENT

Florence Az  85232
CITY, STATE, ZIP CODE

2254 ✓ 1983
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓  ProSe

**FILED**

DEC 1 0 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KM  DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

James Lynn Hines ,
(FULL NAME OF PETITIONER)

**PETITIONER**

v.

D. Carillo; Assoc. Ward. Deputy;
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

et al PDA; CCPOA Unions #
**RESPONDENT**

Calif State Atty:  and 1300 I street
Ste: 1740 Sacramento Ca 95814 ,

The Attorney General of the State of
California, Additional Respondent.

916 - 324 - 5437
* 916  227 - 3044

Civil No   '07 CV 2325 J BLM
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

**SECOND AMENDED**
PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: As a
"Consolidated trial" from San Diego South Bay 500 cThird Ave S.O Calif.
AND SAN LUIS Obispo Ca Superior and San Diego Superior.

2. Date of judgment of conviction: 1-4-98 and concurrently 2002.#

3. Trial court case number of the judgment of conviction being challenged: SCF# 122463
(San Diego County.)

4. Length of sentence: 5 years at 80% and two yrs and 4 mos.
as an unresolved civil commitment w/ aka By B.P.T. NCIC *
data base "Criminal Justice Information Services Division "

CIV 68 (Rev. Jan. 2006)
4949 Broadway Rm. J-232 Sacramento Ca 95820. cv

5. Sentence start date and projected release date: on Nov. 27ᵗʰ to 2002 from 1998
   1-4-98 to 2004 as civil mso Fsp Ash "indeterminate"

6. Offense(s) for which you were convicted or pleaded guilty (all counts): Battery on
   non-persons 4501.5 pc.

_____

7. What was your plea? (CHECK ONE)
   (a) Not guilty        ☐
   (b) Guilty            ☑
   (c) Nolo contendere   ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury              ☐
   (b) Judge only        ☐

9. Did you testify at the trial?
   ☐ Yes  ☑ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☑ Yes  ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: denied
    (b) Date of result (if known): Sept. 20ᵗʰ 2002
    (c) Case number and citation (if known): D040670
    (d) Names of Judges participating in case (if known) unknown.

    (e) Grounds raised on direct appeal: not jurisprudently comprehensible
    as: "overturmilining" "Labor dispute w/ local business"
    told to act in self defense or diminished capacities.

12. If you sought further direct review of the decision on appeal by the **California Supreme
    Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: pending as of 11/28/07 #
    (b) Date of result (if known): pending
    (c) Case number and citation (if known): pending

    (d) Grounds raised: Automatism. Ineffective assist of counsel
    mode of discovery. overturmilining.

CIV 68 (Rev. Jan. 2006)

cv

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

    (a) Result: _pending since approx 11/29/07_

    (b) Date of result (if known): _pending_

    (c) Case number and citation (if known): _pending_

    (d) Grounds raised: _Supplemental or diversity Quasi jurisdiction issues. justification self defense fruit of the poisonous tree doctrine._

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
☑ Yes ☐ No

15. If your answer to #14 was "Yes," give the following information:

    (a) **California Superior Court** Case Number (if known): _unavailable_

    (b) Nature of proceeding: _Motion to amend Abstract of judgement petition_

    (c) Grounds raised: _Name changed no arraignment no to understanding different name (or english) then the name originally charged to constitute a D.A return._

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
☑ Yes ☐ No

    (e) Result: _approved_

    (f) Date of result (if known): _approx 3/98 or 4/98 5/ latest)_

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
☑ Yes ☐ No

CIV 68 (Rev. Jan. 2006)

cv

17. If your answer to #16 was "Yes," give the following information:

  (a) **California Court of Appeal** Case Number (if known): _D040670_

  (b) Nature of proceeding: _petition for Writ of Habeas Corpus_

  (c) Names of Judges participating in case (if known) _unknown at this time_

  (d) Grounds raised: _incomprehensible lack of juris product ability Over trawling — Labor Dispute in medical treatment at time of offense pending Imminent discharge._

  (e) Did you receive an evidentiary hearing on your petition, application or motion?
  ☑Yes  ☐ No

  (f) Result: _denied_

  (g) Date of result (if known): _9 / 20 / 02._

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☑Yes  ☐ No

19. If your answer to #18 was "Yes," give the following information:

  (a) **California Supreme Court** Case Number (if known): _pending_

  (b) Nature of proceeding: _Writ of Habeas Corpus_

  (c) Grounds raised: _(1) Automatism sleep walking  (2) Ineffective assist of counsel .  (3) Labor dispute (4) diminished capacities._

  (d) Did you receive an evidentiary hearing on your petition, application or motion?
  ☐ Yes  ☑No

  (e) Result: _pending  n / 28/ 07_

  (f) Date of result (if known): _pending since 11/28/ 07_

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

Filed nnd pending a njudication.

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    ☐ Yes ☑ No    (IF "YES" SKIP TO #22)

    (a) If no, in what federal court was the prior action filed? Southern Fed Dist.
        (i) What was the prior case number? Same (amended)
        (ii) Was the prior action (CHECK ONE):
            ☐ Denied on the merits?
            ☑ Dismissed for procedural reasons?
        (iii) Date of decision: Nov. 16 2007

    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☐ Yes ☑ No

    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☑ Yes ☐ No

## CAUTION:

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

### GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: 6th Amendment Covert drawing forth of incriminator responses deliberate elicitation the right to a fair and impartial Jury of the State ... district; Region 4#.

Supporting FACTS: That in the States designated Regional District for the Calif. Dept. of Corr. Parole dept. in custody on Parole violation appellant was charged with offense and denied the right to be informed of the nature of the accusation. The Rule Violation as Written name, No.#, offense, was not the Same at Arraignment or Preliminary for Immediate Sentence and Petitioner told Courts: "I don't understand" retrospectively pre-D.A. referral without appt of counsel as a parole violater denied a "Capacity defense" that that prejudiced the distraince in criminal proceedings to present a favorable witness or character evidence as cognizable to be free from undue governmental restraint.

Appellant pleads for the court to allow discovery out of due course of the law, relevent to the issue for probative value that outweighs any prejudicial effer upon the State, by altered or amended judgement for representtive testimony*, in "Clause potestitive" of parole contract, Annullment.

Did you raise **GROUND ONE** in the **California Supreme Court**? ABA standards

☑ Yes ☐ No.    * deposition (s)         Supra § 3.

If yes, answer the following:  Fed Civil 30-b-6. ConRep Dir Jane Shell.

(1) Nature of proceeding (i.e., petition for review, habeas petition): Writ of Habeas.

(2) Case number or citation: pending

(3) Result (attach a copy of the court's opinion or order if available): pending

United States v. Bailey
F Supp 76  Wa Mo 1971

**(b)** GROUND TWO: 14th Amendment "Equal protection", nor shall any State deprive any person of life, liberty, or property, without due process of law; within its jurisdiction "equal". sic.

**Supporting FACTS:** The aleatory contract of parolee as an incarcerated citizen with Community Services Divisions = (San Diego Parole Dept & c.s.o.) denied communicative evidence testimony to create deliberate indifference and abandonment by illegal interrogative processes of electronic surveillence in domain of appellant for: Behavioral science analysis; at RJDonovan Hospital Infirmary; the alleged scene of the crime for the conviction, civil commitment, and current parole violation w/ new charges in current custody (aka state agency web site) or television surveillence in the process of supervision "attentatively" deprives appellant of reprieve by split sentencing imposed to revoke parole to a civil supervisory jurisdiction, or as a fugitive from State territory. Appellant prays for civil, criminal and Appellate procedure Intervention by United States Statute that confers an unconditional right to intervene in the interest of justice as a plea for return to principal, because of applicants claim or defense and the main action have a question of law or fact in common, and that question is venue --- forthwith as exigent, without prejudice to the district where offense occurred, due to the geographical proximity state to state locally, Federal District.

**Did you raise GROUND TWO in the California Supreme Court?** as the 9th Cir. to Az.

☑ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): Writ Habeas

(2) Case number or citation: pending

(3) Result (attach a copy of the court's opinion or order if available): pending

Police dept V. Mosley
408 US 92 95 92 Sct 2286
2290 (1972)

**(c)** **GROUND THREE:** 11th Amend of U.S. Const. as a Interstate Compact parallel to Missouri w/ imminent discharge at time of alleged offense as charged the color of authority was over burdensome.

**Supporting FACTS:** Petitioner appeals over mode of discovery; The D.A. referral denied a opportunity to apply for extradition clause in Missouri to show new offense at time of imminent discharge. did not override because of Class action plaintiff status for collateral considerations or evaluative facts to demonstrate defacto situation by state court procedures; (disclosing information that is needed in most cases to prepare for trial, (a study of sanctions for discovery abuse) that otherwise would have changed the verdict, in the interest of justice "very aware of the circumstances" 37 § 38 USC § 1927 #) the Requisites of jurisdiction abridged the right of immunity her phrenistically created collusion, a false claim with a public contract * of a private person for an immoral judgement, or a, Synallagmatic contract *). The implied covenant of good faith and fair dealing, state to state in extradition by the state of California from the state of Missouri signed in chambers St. Louis to Ontario Airport for clm Chino violation for Santa Barbara, not San Diego as James Lynn Hines D-25748 and see: Abstract of judgement (Amended) for true name to be on the record after a disinformative name change at Superior Court. Request a judicial decision construed to govern matters of procedure

**Did you raise GROUND THREE in the California Supreme Court?** and to exclude

☑ Yes ☐ No.     state judicial decisions relative thereto USC §
title 28 USC § 1631 to 1652

If yes, answer the following:

(1)  Nature of proceeding (i.e., petition for review, habeas petition): ___Writ Habeas___

(2)  Case number or citation: ___pending___

(3)  Result (attach a copy of the court's opinion or order if available): ___pending___

United States V. Tucker
524 Fed -8- 77 5th Cir 1975

(d) **GROUND FOUR:** 1ST Amend of the constitution. Church/State pre-conceived conspiracy criminal liability as/in civil compulsory arbitration, appropriate for relief of burden of guilt

**Supporting FACTS:** Overwhelming proof of case coordination by local state officers as an organization w/ proof of compensating case in San Diego County and in Cook County Illinois are substantiated as extraordinary circumstances by "posture of the case", to demonstrate associating facts exist in/as a group of people, work place controlled by corrections officers creating Affirmative Action as probable cause in bad faith in adverse dominion of adverse witness as an element of the cause of the action to be referred for prosecution with no competent advice of counsel at arraignment over english language comprehension by Arraignment Judge and Appellate Issue with 4th Appellate District San Diego and California supreme court succinctly. Battery or injuries in a hospital environment of a prison at time of discovery for place of discovery, by on duty officers as reporting employees of minority ethnicity deny a fair and efficient adjudication to the controversy state to state, now in custody as charged w/ agg. assault; after a Battery on non-prisoner in California Concentrating the litigation on/of the claims in particular forum for injunctive relief w/ respect to both racial classes as a whole Mexican-Asian vs. (white-Indian) vs Black. or:

**Did you raise GROUND FOUR in the California Supreme Court?** San Diego St. Thomas of Aquinis Churches to Phoenix Az Hillcrest of Golden Hills.

☑ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): Writ of Habeas Corpus

(2) Case number or citation: _____

(3) Result (attach a copy of the court's opinion or order if available): _____

Chicago Miracle Temple Church Inc.
Fox v. NO ILL 1995 901
F.Supp 1333 7.5-9- (1) pre-conceived conspiracy

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☑ Yes ☐ No

24. If your answer to #23 is "Yes," give the following information:
   (a) Name of Court: _Phoenix Federal Courts Phoenix Arizona_
   (b) Case Number: _207 CV 00255 phx Jat (mea)_
   (c) Date action filed: _2 - 22 - 07_
   (d) Nature of proceeding: _Federal Writ of habeas Corpus dually_
   _applicable issues Quasi-jurisdiction for xlen #._
   (e) Name(s) of judges (if known): _James A Teilborg  Mark Aspey_
   (f) Grounds raised: _(1) petioner was convicted w/ illegally obtained_
   _evidence (2) evidence favorable to defense was_
   _suppressed (3) 6th 14th 5th Amend violations jury witnessed_
   _petitioner is shackles (4) a witness committed perjury at_
   _petitioners trial_
   (g) Did you receive an evidentiary hearing on your petition, application or motion?
   ☑ Yes ☐ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
   (a) At preliminary hearing: _Davis San Diego public def office_
   _Immediate sentencing plea bargin Quich cop to a plea._
   (b) At arraignment and plea: _Gurreen - SD public defender office_
   (c) At trial: _N/a_
   (d) At sentencing: _Davis Immediate no jury._
   (e) On appeal: _proper_
   (f) In any post-conviction proceeding: _pro per_
   (g) On appeal from any adverse ruling in a post-conviction proceeding: _pro per_

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes  ☑ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☑ Yes  ☐ No

   (a) If so, give name and location of court that imposed sentence to be served in the future:
     San Luis Obispo Co. civil mso nlen Jackson MvMy K86989

   (b) Give date and length of the future sentence: Indeterminate unresolved
     unprocessed by Calif B.P.T

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
     ☑ Yes  ☐ No

28. Consent to Magistrate Judge Jurisdiction

  In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to proceed before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

  The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

  You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☑ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

**29.** Date you are mailing (or handing to a correctional officer) this Petition to this court: _approx_

12 - 04 - 07

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

propria persona _[signature]_

SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

12 - 2 - 07                    _[signature]_

(DATE)                        SIGNATURE OF PETITIONER

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**

DEC 1 0 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**I (a) PLAINTIFFS**

James Lynn Hines

2254   DEFENDANTS

FILING FEE PAID
Yes ☐  No ☑

IFP MOTION FILED
Yes ☐  No ☑

COPY RETAINED

D. Cari

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

James Lynn Hines
197067
Box 3400
Florence, AZ 85232

ATTORNEYS (IF KNOWN)

'07 CV 2325 J BLM

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☑ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)**

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)**

## 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $   Check YES only if demanded in complaint:  JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE _____ Docket Number _____

DATE   12/10/2007

SIGNATURE OF ATTORNEY OF RECORD